UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SAM STATHIS and CELEBRITY FARMS, :
LLC, :
               Plaintiffs, :
 :
v. : **ORDER**
 :
UNITED STATES TROTTING : 20 CV 3016 (VB)
ASSOCIATION, and LEXINGTON :
SELECTED YEARLING SALES CO., as a :
necessary and indispensable party, :
               Defendants. :
--------------------------------------------------------------x

       For the reasons stated on the record today, at a telephone hearing attended by counsel for all parties, it is HEREBY ORDERED:

       1.     Plaintiffs' motion pursuant to Fed. R. Civ. P. 65 for a temporary restraining order and preliminary injunction is DENIED.

       2.     The time for defendants to answer, move, or otherwise respond to the complaint shall be governed by the Federal Rules of Civil Procedure and the Local Civil Rules, unless otherwise ordered by the Court.

Dated: May 1, 2020
       White Plains, NY

                                                       SO ORDERED:

                                                         Vincent L. Briccetti
                                                         United States District Judge